United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-12049-ref
Edward Milan                                                      Chapter 7
Maryann Milan
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen         Page 1 of 2              Date Rcvd: Aug 01, 2016
                             Form ID: 309A          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2016.
```
db/jdb         +Edward Milan,    Maryann Milan,    234 North Poplar,    Allentown, Pa 18102-3861
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13503500        Allentown Family Footware,    1633 Orth 26th St,    Allentown, PA   18104
13503501       +Arcadia Recovery,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13503503       +City Of Allentown,    City Of Allentown Room 110,    435 HAMILTON sTREET,
                 ALLENTOWN, PA 18101-1603
13503505      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Green Tree,    P.O. Box 94710,    Palatine, IL  60094-4710)
13503506       +Lehigh Valley Health Network,    P.O. Box 8500,    Philadelphia, PA 19178-8500
13503509       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
13503513       +PP&L,    2 North 9th St,    Allentown, PA 18101-1170
13503510       +Pa Det Of Revenue,    151 West Marshall #200,    Norristown, PA 19401-4761
13503511       +Penn Credit,    P.O. Box 988,    916 South 14th,    Harrisburg, PA 17104-3425
13503514      #+Progresive Physians Associates,    P.O. Box  4338,    Colombus, GA 31914-0338
13503515       +St Lukes Hospital,    P.O. Box 8500,    Philadelphia, PA 19178-8500
13503516       +St Lukes Physicians Specialists,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13503519       +VSAS Orthopaedics,    1250 South Cedar Crest #110,    Allentown, PA 18103-6224
13503520        Walmart Credit Card,    P.O. Box 96024,    Orlando, FL  96024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: trainor1720@verizon.net Aug 02 2016 01:54:30     PAUL EDWARD TRAINOR,
                 Trainor Law Offices, PC,    1275 Glenlivet Drive, Suite 100,    Allentown, PA  18106-3107
smg            +E-mail/Text: roberts12@dnb.com Aug 02 2016 01:55:13     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2016 01:55:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 02 2016 01:55:05     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13588488        EDI: AIS.COM Aug 02 2016 01:43:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13525604        EDI: AIS.COM Aug 02 2016 01:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
13507095       +EDI: STFC.COM Aug 02 2016 01:43:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
                 Denver, CO 80237-3485
13503502       +EDI: CAPITALONE.COM Aug 02 2016 01:43:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13530592       +E-mail/Text: bankruptcy@cavps.com Aug 02 2016 01:55:17     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13517469        E-mail/Text: bankruptcy.bnc@gt-cs.com Aug 02 2016 01:54:40     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13503504        EDI: LEADINGEDGE.COM Aug 02 2016 01:43:00      Global Credit Collections,    P.O. Box 129,
                 Linden, MI  48451-0129
13503507       +EDI: MID8.COM Aug 02 2016 01:43:00      MCM,    8875 Aero Drive,    SanDiegi, CA 92123-2251
13503508       +EDI: MID8.COM Aug 02 2016 01:43:00      Midland Funding LLC,    8875 Aero Drive #200,
                 Sandiego, CA 92123-2255
13564031        E-mail/Text: blegal@phfa.org Aug 02 2016 01:55:07     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13508767        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2016 01:55:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13503512        E-mail/Text: blegal@phfa.org Aug 02 2016 01:55:07     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA  17105-5206
13512671        EDI: RECOVERYCORP.COM Aug 02 2016 01:43:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13641588       +EDI: SEARS.COM Aug 02 2016 01:43:00      Sears/CBNA,    P.O. Box 6282,
                 Sioux Falls, SD 57117-6282
13550042        EDI: RMSC.COM Aug 02 2016 01:43:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13503517        E-mail/Text: bkrcy@ugi.com Aug 02 2016 01:55:33     UGI,    P.O. Box 15523,
                 Wilmington, DE  19886-5523
13565913        E-mail/Text: bkrcy@ugi.com Aug 02 2016 01:55:33     UGI Utilities, Inc.,    PO Box 13009,
                 Reading, PA 19612-3009
13503518       +EDI: VERIZONCOMB.COM Aug 02 2016 01:43:00      Verizon,    P.O. Box 920041,
                 Dallas, TX 75392-0041
13503521       +EDI: RMSC.COM Aug 02 2016 01:43:00      Walmart Credit Card,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 23
```

```
District/off: 0313-4            User: Cathleen              Page 2 of 2                   Date Rcvd: Aug 01, 2016
                                Form ID: 309A               Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Green Tree Servicing LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Maryann  Milan trainor1720@verizon.net,
               trainor6469@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Joint Debtor Maryann  Milan trainor1720@verizon.net,
               trainor6469@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Plaintiff Edward  Milan trainor1720@verizon.net,
               trainor6469@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Edward  Milan trainor1720@verizon.net,
               trainor6469@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Edward Milan** | Social Security number or ITIN | **xxx–xx–6693** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Maryann Milan** | Social Security number or ITIN | **xxx–xx–7763** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **3/26/15** |
| Case number: | **15–12049–ref** | Date case converted to chapter **7** | **6/29/16** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward Milan | Maryann Milan |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 234 North Poplar<br>Allentown, Pa 18102 | 234 North Poplar<br>Allentown, Pa 18102 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL EDWARD TRAINOR<br>Trainor Law Offices, PC<br>1275 Glenlivet Drive, Suite 100<br>Allentown, PA 18106–3107 | Contact phone (610) 434–7004<br>Email:  trainor1720@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**
Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (610)2085040<br><br>Date: 8/1/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/25/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |