B6F (Official Form 6F) (12/07)

| In re | **Edward Milan,** | Case No. | **15-12049** |
|---|---|---|---|
| | **Maryann Milan** | | |

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2765**<br><br>**Allentown Anes Assoc., Inc.**<br>**Lock Box 3357**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | | J | 2015<br><br>Medical | | | | 2,950.00 |
| Account No. **x5812**<br><br>**Allentown Family Footware**<br>**1633 North 26th Street**<br>**Allentown, PA 18104** | | J | Medical | | | | 25.00 |
| Account No. **xxxx-xxxx-xxxx-6254**<br><br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** | | J | Credit Card | | | | 655.00 |
| Account No. **xxxx2969**<br><br>**Lehigh Valley Anes Serv**<br>**Lock Box 3367**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | | J | 2015<br><br>Medical | | | | 1,500.00 |
| **3** continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 5,130.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Milan,**
       **Maryann Milan**                                                          Case No. __**15-12049**__
_____,
                                   Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8382**<br><br>**Lehigh Valley Health Network**<br>**PO Box 8500**<br>**Philadelphia, PA 19178** | | J | **Medical Bill** | | | | **199.00** |
| Account No. **xx3860**<br><br>**Lehigh Valley Health Network**<br>**PO Box 4120**<br>**Allentown, PA 18105** | | J | **2016**<br><br>**Medical** | | | | **200.00** |
| Account No. **xx03Y9**<br><br>**National Recovery Agency**<br>**2491 Paxton Street**<br>**Harrisburg, PA 17111** | | J | **2015**<br><br>**Medical** | | | | **99.99** |
| Account No. **xxxx6779**<br><br>**Penn Credit Corporation**<br>**P.O. Box 1259**<br>**Department 91047**<br>**Oaks, PA 19456** | | J | **2015**<br><br>**Medical** | | | | **100.00** |
| Account No. **xxxx6779**<br><br>**Penn Credit Corporation**<br>**P.O. Box 1259**<br>**Department 91047**<br>**Oaks, PA 19456** | | J | **2016**<br><br>**Medical** | | | | **100.00** |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **698.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Milan,**
       **Maryann Milan** , Case No. **15-12049**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx9389**<br><br>**PHFA/HEMAP**<br>**211 North Front Street**<br>**PO Box 8029**<br>**Harrisburg, PA 17105** | | J | 09/2013<br><br>**2nd Mortgage** | | | | 29,010.00 |
| Account No. **xxxxx2001**<br><br>**PP&L**<br>**2 North 9th Street**<br>**Allentown, PA 18101** | | J | **Utility Bill** | | | | 1,003.00 |
| Account No. **xx6438**<br><br>**Progressive Physicians Associates**<br>**P.O. Box 4338**<br>**Columbus, GA 31914** | | J | **Medical Bill** | | | | 262.00 |
| Account No.<br><br>**Sears/CBNA**<br>**P.O. Box 6282**<br>**Sioux Falls, SD 57117** | | J | 2008<br><br>**Credit Card** | | | | 4,743.00 |
| Account No.<br><br>**St. Luke's Hospital**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | | J | **Medical Bill** | | | | 100.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **35,118.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Edward Milan,**                                                  Case No.    **15-12049**
        **Maryann Milan**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0109<br><br>St. Luke's Physician Group<br>PO Box 5386<br>Bethlehem, PA 18015 | | J | Medical Bill | | | | 324.00 |
| Account No. xxxxxxxx6008<br><br>UGI<br>P.O. Box 15523<br>Wilmington, DE 19886-5523 | | J | Utility Bill | | | | 730.00 |
| Account No. xxxxxxxxxx0158<br><br>VERIZON<br>PO BOX 920041<br>Dallas, TX 75392-0041 | | J | Phone Bill | | | | 1,088.00 |
| Account No. xxx9459<br><br>VSAS Aorthopaedics<br>1250 South Cedar Crest #110<br>Allentown, PA 18103 | | J | Medical Bill | | | | 25.00 |
| Account No. 4981<br><br>Walmart Credit Card<br>P.O. Box 530927<br>Atlanta, GA 30353 | | J | Credit Card | | | | 1,089.00 |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,256.00**

Total (Report on Summary of Schedules)    **44,202.99**