United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12049-ref
Edward Milan                                                            Chapter 7
Maryann Milan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen          Page 1 of 2          Date Rcvd: Nov 04, 2016
                             Form ID: 318             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db/jdb        #+Edward Milan,   Maryann Milan,   234 North Poplar,   Allentown, Pa 18102-3861
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13778549       +Allentown Anes Assoc., Inc,   Lock Box 3357,   PO BOX 8500,   Philadelphia, PA 19178-8500
13503500        Allentown Family Footware,   1633 Orth 26th St,   Allentown, PA  18104
13503501       +Arcadia Recovery,   P.O. Box 6768,   Wyomissing, PA 19610-0768
13503503       +City Of Allentown,   City Of Allentown Room 110,   435 HAMILTON sTREET,
               ALLENTOWN, PA 18101-1603
13503505      ++GREENTREE SERVICING LLC,   BANKRUPTCY DEPARTMENT,   P O BOX 6154,   RAPID CITY SD 57709-6154
               (address filed with court:  Green Tree,   P.O. Box 94710,   Palatine, IL  60094-4710)
13778550       +Lehigh Valley Anes Services,   Lock Box 3367,   PO BOX 8500,   Philadelphia, PA 19178-8500
13503506       +Lehigh Valley Health Network,   P.O. Box 8500,   Philadelphia, PA 19178-8500
13778551       +Lehigh Valley Health Network,   PO BOX 4120,   Allentown, PA 18105-4120
13503509       +National Recovery Agency,   2491 Paxton St,   Harrisburg, PA 17111-1036
13503513       +PP&L,   2 North 9th St,   Allentown, PA 18101-1170
13503510       +Pa Det Of Revenue,   151 West Marshall #200,   Norristown, PA 19401-4761
13503511       +Penn Credit,   P.O. Box 988,   916 South 14th,   Harrisburg, PA 17104-3425
13778552       +Penn Credit Corporation,   PO BOX 1259,   Department 91047,   Oaks,  PA 19456-1259
13503515       +St Lukes Hospital,   P.O. Box 8500,   Philadelphia, PA 19178-8500
13503516       +St Lukes Physicians Specialists,   P.O. Box 5386,   Bethlehem, PA 18015-0386
13503519       +VSAS Orthopaedics,   1250 South Cedar Crest #110,   Allentown, PA 18103-6224
13503520        Walmart Credit Card,   P.O. Box 96024,   Orlando, FL  96024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Nov 05 2016 01:57:26      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13588488        EDI: AIS.COM Nov 05 2016 01:38:00      American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
13525604        EDI: AIS.COM Nov 05 2016 01:38:00      American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13507095       +EDI: STFC.COM Nov 05 2016 01:38:00      CACH, LLC,   4340 S. Monaco Street,   2nd Floor,
               Denver, CO 80237-3485
13503502       +EDI: CAPITALONE.COM Nov 05 2016 01:38:00      Capital One Bank,   P.O. Box 71083,
               Charlotte, NC 28272-1083
13530592       +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:30      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13517469        E-mail/Text: bankruptcy.bnc@ditech.com Nov 05 2016 01:56:45      Green Tree Servicing LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13503504        EDI: LEADINGEDGE.COM Nov 05 2016 01:38:00      Global Credit Collections,   P.O. Box 129,
               Linden, MI  48451-0129
13503507       +EDI: MID8.COM Nov 05 2016 01:38:00      MCM,   8875 Aero Drive,   SanDiegi, CA 92123-2251
13503508       +EDI: MID8.COM Nov 05 2016 01:38:00      Midland Funding LLC,   8875 Aero Drive #200,
               Sandiego, CA 92123-2255
13564031        E-mail/Text: blegal@phfa.org Nov 05 2016 01:57:22      PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
13508767        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:01
               Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13503512        E-mail/Text: blegal@phfa.org Nov 05 2016 01:57:23      Pennsylvania Housing Finance Agency,
               211 North Front Street,   P.O. Box 15206,   Harrisburg, PA  17105-5206
13512671        EDI: RECOVERYCORP.COM Nov 05 2016 01:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13641588       +EDI: SEARS.COM Nov 05 2016 01:38:00      Sears/CBNA,   P.O. Box 6282,
               Sioux Falls, SD 57117-6282
13550042        EDI: RMSC.COM Nov 05 2016 01:38:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13503517        E-mail/Text: bkrcy@ugi.com Nov 05 2016 01:58:03      UGI,   P.O. Box 15523,
               Wilmington, DE  19886-5523
13565913        E-mail/Text: bkrcy@ugi.com Nov 05 2016 01:58:03      UGI Utilities, Inc.,   PO Box 13009,
               Reading, PA 19612-3009
13503518       +EDI: VERIZONCOMB.COM Nov 05 2016 01:38:00      Verizon,   P.O. Box 920041,
               Dallas, TX 75392-0041
13503521       +EDI: RMSC.COM Nov 05 2016 01:38:00      Walmart Credit Card,   P.O. Box 530927,
               Atlanta, GA 30353-0927
                                                                               TOTAL: 21

```
District/off: 0313-4        User: Cathleen        Page 2 of 2           Date Rcvd: Nov 04, 2016
                           Form ID: 318           Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
13503514     ##+Progresive Physians Associates,   P.O. Box  4338,   Colombus, GA 31914-0338
                                                                       TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
```
         ANDREW F GORNALL   on behalf of Creditor   Green Tree Servicing LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com
         MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
         PAUL EDWARD TRAINOR   on behalf of Plaintiff Maryann  Milan trainorlawoffices@gmail.com
         PAUL EDWARD TRAINOR   on behalf of Joint Debtor Maryann  Milan trainorlawoffices@gmail.com
         PAUL EDWARD TRAINOR   on behalf of Plaintiff Edward  Milan trainorlawoffices@gmail.com
         PAUL EDWARD TRAINOR   on behalf of Debtor Edward  Milan trainorlawoffices@gmail.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                      TOTAL: 12
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Edward Milan** | Social Security number or ITIN | **xxx–xx–6693** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Maryann Milan** | Social Security number or ITIN | **xxx–xx–7763** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | | | |
| Case number: **15–12049–ref** | | | |

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Milan                                      Maryann Milan

<u>11/4/16</u>                                          **By the court:** <u>Richard E. Fehling</u>
                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---